

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
tel (212) 999-7100 • fax (212) 999-7139 • wshblaw.com

**Jacqueline Murphy**
direct dial (646) 530-1531
email jmurphy@wshblaw.com

June 17, 2021

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Young v. Fatech International, LLC***
Our Client: Fatech International, LLC
Docket No.: 21-CV-2784 (SHS)

Dear Hon. Stein:

This Firm has been retained to represent the interests of Fatech International, LLC ("Defendant") with respect to the above referenced matter. As you are aware, the parties have engaged in settlement discussions and are attempting to reach a resolution of this matter. In light of the continued settlement negotiations between the parties, the parties request a brief adjournment of the Case Management Conference scheduled for June 18, 2021 while the parties attempt to reach a final settlement. Plaintiff's counsel has consented to this request.

We thank you for your attention to this matter.

Should you have any questions, please do not hesitate to contact the undersigned.

**The conference is adjourned to July 22 at 9:30 a.m.**

**Dated: New York, New York**
**June 17, 2021**

Very truly yours,

*Jacqueline Murphy*
Jacqueline Murphy

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.

WOOD • SMITH • HENNING • BERMAN