UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LAWRENCE YOUNG, on behalf of himself and : 21-Cv-2784 (SHS)
all other persons similarly situated,
                                         :
              Plaintiffs,                   ORDER OF DISMISSAL
    -v-                                  :

FATECH INTERNATIONAL, LLC,               :

              Defendant.                 :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The plaintiff having notified the Court that the parties have reached a settlement in principle [Doc. No. 13], and having requested that the Court enter a 30-day Order of Dismissal,

      IT IS HEREBY ORDERED that:

      1. This action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action upon written request if the terms of the settlement are not effectuated within that time;

      2. The Clerk of Court is directed to amend the caption as follows:

-------------------------------------------------------x
LAWRENCE YOUNG,                          :
                                         :
              Plaintiff,                 :
                                         :
    -v-                                  :
                                         :
FATECH INTERNATIONAL, LLC,               :
                                         :
              Defendant.                 :
-------------------------------------------------------x

      3. The conference scheduled for July 22, 2021, at 9:30 a.m. is cancelled.

Dated: New York, New York
      June 21, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.